## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In re GIA PROVANZANO, | ) | |
| | ) | |
| Debtor. | ) | Case No. 18-14727 |
| | ) | |
| GIA PROVANZANO, | ) | Judge Frank J. Bailey |
| | ) | |
| Plaintiff, | ) | Adversary Proceeding #: 19-01056 |
| | ) | |
| v. | ) | |
| | ) | |
| NAVIENT SOLUTIONS, LLC, | ) | |
| NATIONAL COLLEGIATE | ) | |
| STUDENT LOAN TRUST 2006-2, | ) | |
| NATIONAL COLLEGIATE | ) | |
| STUDENT LOAN TRUST 2006-4, | ) | |
| NATIONAL COLLEGIATE | ) | |
| STUDENT LOAN TRUST 2007-1, and | ) | |
| NATIONAL COLLEGIATE | ) | |
| STUDENT LOAN TRUST 2007-4, | ) | |
| | ) | |
| Defendants. | ) | |

## **NOTICE OF SETTLEMENT**

NOW COMES plaintiff Gia Provanzano and defendants, National Collegiate Student Loan Trust 2006-2, 2006-4, 2007-1 and 2007-4, only, by and through undersigned counsel, and hereby notify the Court that the parties have reached a settlement in the above-captioned adversary proceeding. The parties are preparing a settlement agreement and, subject to the execution of the agreement, intend to dismiss this case within the next thirty (30) days as to defendants National Collegiate Student Loan Trust 2006-2, 2006-4, 2007-1 and 2007-4, only.

Dated: January 23, 2020

Respectfully Submitted,

*/s/ Morgan I. Marcus*
Morgan I. Marcus
Sessions Fishman Nathan & Israel
141 W. Jackson Blvd., Ste. 3550
Telephone: (312) 578-0990
Facsimile: (877) 334-0661
E-mail: mmarcus@sessions.legal
*Admitted Pro Hac Vice*

John J. O'Connor
Peabody & Arnold, LLP
Federal Reserve Plaza
Boston, MA 02110-2261
Telephone: (617) 951-2100
Email: joconnor@peabodyarnold.com
*Attorneys for Defendants National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2006-4, National Collegiate Student Loan Trust 2007-1, and National Collegiate Student Loan Trust 2007-4*

*/s/ Austin C. Smith*
Austin C. Smith
Smith Law Group
3 Mitchell Place, Apt. 5P
New York, NY 10017
Telephone: (917) 992-2121
Email: Austin@acsmithlawgroup.com
*Attorneys for Plaintiff Gia Provanzano*
WITH CONSENT

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of January, 2019, a true and correct copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Morgan I. Marcus*