

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br><br> **GIA PROVANZANO,** <br>     Debtor | Ch. 7 <br> 18-14727-FJB |
| **GIA PROVANZANO,** <br>     Plaintiff, <br><br> v. <br><br> **NAVIENT SOLUTIONS, LLC, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-2, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-4, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-1 and NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-4,** <br>     Defendants | Adversary Proceeding <br> 19-01056-FJB |

**Order**

No objection filed. This stipulation [#47] is hereby approved and this adversary proceeding is hereby dismissed.

By the Court,

*Frank J. Bailey*

Frank J. Bailey
United States Bankruptcy Judge

Dated: 4/15/2020